IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

EVANSTON NORTHSHORE HOTEL PARTNERS, LLC, an Illinois corporation, individually and as the representative of a class of similarly-situated persons,

Plaintiff,

v.

POOLMAN OF WISCONSIN, INC.,

Defendant.

Case No. 15-CV-00422

Honorable John J. Tharp, Jr.

STIPULATION TO DISMISS

NOW COME the parties, by and through their respective attorneys, and pursuant to Fed. R. Proc. 41 (a), hereby stipulate to the dismissal of Plaintiff's claims without prejudice, each party to bear its own costs.

Date: April 10, 2017

Respectfully submitted,

**PLAINTIFF**

/s John Orellana
One of its attorneys

Phillip A. Bock
John P. Orellana
David M. Oppenheim
Tod A. Lewis
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. LaSalle Street, Suite 1000
Chicago, Illinois 60602
Phone: (312) 658-5500
Fax: (312) 658-5555

**DEFENDANT**

s/ Eric L. Samore
One of its attorneys

Eric L. Samore
Erin Walsh
SMITHAMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200

## CERTIFICATE OF SERVICE

The undersigned attorney states that on April 10, 2017, he caused to be served a true and correct copy of the foregoing *Stipulatio*n to Dismiss to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which automatically sends a notice of electronic filing to all counsel of record.

/s/ John Orellana